# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **ASHLEY JOHNSON,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-23-351-RAW-GLJ |
| ) | |
| **SHELTER MUTUAL INSURANCE** ) | |
| **COMPANY and AMANDA KNOWLES** ) | |
| **INSURANCE AGENCY, LLC,** ) | |
| ) | |
| Defendants. ) | |

### ORDER

Before the court is the Report and Recommendation of the United States Magistrate Judge, in which he recommended that the motion to remand by plaintiff be granted, but plaintiff's request for attorney fees in regard thereto be denied.

No objection has been filed. "In the absence of a timely objection, the district court may review a magistrate's report under any standard it deems appropriate." *Summers v. Utah,* 927 F.2d 1165, 1167 (10th Cir.1991). The court agrees with the reasoning of the Magistrate Judge's analysis and recommendation and finds that "there is no clear error on the face of the record." *See* Rule 72(b) F.R.Cv.P., advisory committee note.

It is the order of the court that the Report and Recommendation (#27) is affirmed and adopted as the order of the court. The motion of the plaintiff to remand (#14) is granted, but no attorney fees are awarded in this regard.

Pursuant to 28 U.S.C. §1447(c), this action is remanded to the District Court of McCurtain County, State of Oklahoma.

**IT IS SO ORDERED** this 19th day of March, 2024.

_____
**RONALD A. WHITE**
**UNITED STATES DISTRICT JUDGE**